# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149229(42)

WILLIAM LUCKETT, IV, a Minor, by his
Next Friends, BEVERLY LUCKETT and
WILLIAM LUCKETT,
        Plaintiffs-Appellees,

v

RICK KITTELL,
        Defendant-Appellant,

and

SOUTH MACOMB DISPOSAL AUTHORITY,
a/k/a SOUTH MACOMB SANITARY DISTRICT,
SOUTHEAST MACOMB SANITARY DISTRICT,
a/k/a SOUTH MACOMB SANITARY DISTRICT,
and PATRICK O'CONNELL,
        Defendants-Appellees.
_____/

SC: 149229
COA: 313280
Macomb CC: 2010-004265-NI

      On order of the Chief Justice, the motion of the Michigan Municipal League, the Michigan Townships Association, and the Public Corporation Law Section of the State Bar of Michigan to participate as amicus curiae is GRANTED. The amicus brief submitted on June 26, 2014, in support of the application for leave to appeal is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2014



Clerk